TOWN OF SHEBOYGAN, Appellant, vs. CITY OF SHEBOYGAN, Respondent.

For the appellant: *Patrick J. McCaffrey* of Milwaukee.

For the respondent: *Edward C. Schmidt,* city attorney.

*By the Court.*—Judgment affirmed.

WILL OF BAGLEY: KINNEY, Respondent, vs. HINES, Appellant.

For the appellant: *James P. Cullen* of Prairie du Chien, and *W. A. O'Neil* of Boscobel.

For the respondent: *Harry E. Carthew* of Lancaster.

*By the Court.*—Judgment affirmed.